ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY -4 PM 3: 32

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

LISTER W. HARRELL; PARADISE      *
FARMS, INC.; and SARALAND, LLLP, *
                                 *      CV 315-021
     Plaintiffs,                 *
                                 *  (Adversary Number in
     vs.                         *  Bankruptcy Court: 14-03010)
                                 *  (Underlying Case No. 12-30111)
TIM VAUGHN; LYNN SHEFFIELD;      *
DONALD HELMS; AND TODD BOUDREAUX,*
                                 *
     Defendants.                 *
- - - - - - - - - - - -          *
LISTER HARRELL, Appellant.       *
                                 *

ORDER

On January 5, 2015, Mr. Lister Harrell filed a notice of appeal, but he did not pay the appellate filing fee. On April 7, 2015, this Court directed Mr. Harrell to pay the filing fee within ten (10) days or face dismissal of the case. He has failed to pay the filing fee. Accordingly, the case is **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of May, 2015.

UNITED STATES DISTRICT JUDGE